UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES

    v.                                                     No. 3:20-cr-00070

ROY NELLSCH

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **ROY NELLSCH (DOB: 12/XX/1956)** is, in due form and process of law, confined in the custody of the Montgomery County Jail, 116 Commerce Street, Clarksville, TN 37040.

2. Said individual has been charged pursuant to an Indictment in Case Number No. 3:20-cr-00070 and is needed for the purpose of making an initial appearance before a United States Magistrate Judge in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED:     February 27, 2020

                                         *s/Brooke K. Schiferle*
                                         Brooke K. Schiferle
                                         Assistant United States Attorney
                                         Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     United States Marshal, Middle District of Tennessee; and
           Montgomery County Jail

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of **ROY NELLSCH (DOB: 12/XX/1956)** now confined in the Montgomery County Jail, 116 Commerce Street, Clarksville, TN 37040, to the United States Courthouse at 110 9th Avenue South in Nashville, Tennessee, as soon as practicable for the purpose of making an initial appearance and, unless otherwise ordered, for all other necessary proceedings in this case and shall be retained in federal custody pending resolution of this matter.

WITNESS, the Honorable Judge Alistair E. Newbern, United States Magistrate Judge, Middle District of Tennessee.

DATED: _____

                                                  By: _____
                                                         Alistair E. Newbern
                                                         United States Magistrate Judge