IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:20-cr-00070 |
| v. | ) | Judge Richardson |
| | ) | |
| ROY MICHEL NELLSCH | ) | |

## **UNITED STATES' MOTION TO DISMISS INDICTMENT**

The United States, by and through United States Attorney Mark H. Wildasin and Assistant

United States Attorney Brooke Schiferle, pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure, hereby moves this Court to dismiss this case because the defendant has died. A copy

of defendant's death certificate is attached hereto as Exhibit A.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

By: *s/ Brooke K. Schiferle*
Brooke K. Schiferle
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-736-5151

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2022, I electronically served one copy of the foregoing
with the Clerk of the Court by using the CM/ECF system, which will notify counsel for defendant,
Caryl Alpert.

*s/ Brooke Schiferle*
Brooke Schiferle
Assistant United States Attorney