IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
    )   NO. 3:20-cr-00070
v.    )
    )   JUDGE RICHARDSON
    )
ROY MICHEL NELLSCH    )

## **ORDER**

The Government's Motion to Dismiss Indictment (Doc. No. 38), which attaches Defendant's death certificate (Doc. No. 38-1), is GRANTED and the Indictment is hereby DISMISSED.

IT IS SO ORDERED.


*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE